# United States Bankruptcy Court
For The
Eastern District of North Carolina

HAROLD L & EVELYN M HOLMES
4200 COUNTRY DOWN DRIVE
GREENVILLE, NC 27834

Case No.: 06-03155-8-RDD
SS #1: XXX-XX-1397
SS #2: XXX-XX-7965

## FINAL REPORT AND ACCOUNT

| This case was commenced on | MO. | DAY | YR. |
|---|---|---|---|
| | 10 | 04 | 06 |

| The Plan was confirmed on | MO. | DAY | YR. |
|---|---|---|---|
| | 12 | 18 | 06 |

| The Case was concluded on | MO. | DAY | YR. |
|---|---|---|---|
| | 10 | 25 | 11 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.   $   90,641.00

| DISBURSEMENTS TO CREDITORS / CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| HAROLD L & EVELYN M HOLME | 777 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIFINANCIAL | 003 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| DIGITAL EMP. FEDERAL CU | 004 | Secured | 27,885.00 | 27,885.00 | 6,085.57 | 0.00 |
| OLD REPUBLIC | 005 | Secured | 0.00 | 0.00 | 0.00 | DirectPay |
| LITTON LOAN SERVICING | 006 | Secured | 0.00 | 0.00 | 0.00 | DirectPay |
| LITTON LOAN SERVICING | 007 | Secured | 16,797.94 | 16,797.94 | 0.00 | 0.00 |
| STALLS MEDICAL | 008 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| WESTGATE VILLAS | 009 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| ACS RALEIGH | 010 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| AFNI, INC. | 011 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| AFNI | 012 | Special | 0.00 | 0.00 | 0.00 | Not Filed |
| AIG FEDERAL SAVINGS | 013 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| AMERICAN GENERAL | 014 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CERTEGY | 015 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| DIGITAL EMP. FEDERAL CU | 016 | Unsecured | 10,966.15 | 665.09 | 0.00 | 10,301.06 |
| PITT CO ANESTHESIA ASSOC | 017 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| EASTERN RADIOLOGIST INC | 018 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| GENERATIONS COMMUNITY CRE | 019 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| GREENVILLE PATHOLOGY | 020 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| MILITARY STAR CARD | 021 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| NAVY FEDERAL CREDIT UNION | 022 | Unsecured | 34,493.96 | 2,092.05 | 0.00 | 32,401.91 |
| PORTFOLIO RECOVERY ASSOCI | 023 | Unsecured | 14,868.10 | 901.75 | 0.00 | 13,966.35 |
| PORTFOLIO RECOVERY ASSOCI | 024 | Unsecured | 3,309.60 | 200.73 | 0.00 | 3,108.87 |
| PORTFOLIO RECOVERY ASSOCI | 025 | Unsecured | 1,429.23 | 86.68 | 0.00 | 1,342.55 |
| PORTFOLIO RECOVERY ASSOCI | 026 | Unsecured | 1,180.12 | 71.57 | 0.00 | 1,108.55 |
| ANCHOR RECEIVABLES | 027 | Special | 0.00 | 0.00 | 0.00 | Not Filed |
| STATE EMPLOYEES CREDIT UN | 028 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| NORTHLAND GROUP, INC. | 029 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| PHYSICIANS EAST | 030 | Unsecured | 17.29 | 1.05 | 0.00 | 16.24 |
| PROFESSIONAL RECOVERY | 031 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| QUEST DIAGNOSTICS | 032 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| UNITED STUDENT AID FUND | 033 | Unsecured | 6,884.45 | 417.54 | 0.00 | 6,466.91 |
| SALLIE MAE LOAN SERVICING | 034 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| UNITED STUDENT AID FUND | 035 | Unsecured | 2,785.30 | 168.93 | 0.00 | 2,616.37 |
| SCA COLLECTIONS | 036 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SOUTHERN CREDIT ADJUSTERS | 037 | Unsecured | 64.79 | 3.93 | 0.00 | 60.86 |
| SPRINT NEXTEL CORPORATION | 038 | Unsecured | 481.69 | 29.21 | 0.00 | 452.48 |
| POPULAR FINANCIAL SERVICE | 039 | Special | 0.00 | 0.00 | 0.00 | 0.00 |
| AAFES/MIL STAR/EXCHANGE | 041 | Unsecured | 202.88 | 12.30 | 0.00 | 190.58 |
| OLD REPUBLIC | 042 | Secured | 763.04 | 763.04 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | 043 | Priority | 22,882.53 | 22,882.53 | 0.00 | 0.00 |

# United States Bankruptcy Court
For The
Eastern District of North Carolina

HAROLD L & EVELYN M HOLMES
4200 COUNTRY DOWN DRIVE
GREENVILLE, NC 27834

Case No.: 06-03155-8-RDD
SS #1: XXX-XX-1397
SS #2: XXX-XX-7965

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. |
|---|---|---|---|
| This case was commenced on | 10 | 04 | 06 |
| The Plan was confirmed on | 12 | 18 | 06 |
| The Case was concluded on | 10 | 25 | 11 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors. $ 90,641.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | 043 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| DIGITAL EMP. FEDERAL CU | 004 | Unsecured | 4,106.91 | 249.08 | 0.00 | 3,857.83 |
| RESURGENT CAPITAL SERVICE | 044 | Unsecured | 2,203.19 | 133.62 | 0.00 | 2,069.57 |
| PRA RECEIVABLES MANAGEMEN | 045 | Special | 0.00 | 0.00 | 0.00 | 0.00 |
| LITTON LOAN SERVICING | 046 | Special | 0.00 | 0.00 | 0.00 | 0.00 |
| LITTON LOAN SERVICING | 047 | Special | 0.00 | 0.00 | 0.00 | 0.00 |
| LITTON LOAN SERVICING | 048 | Secured | 584.53 | 584.53 | 0.00 | 0.00 |
| HAROLD L & EVELYN M HOLME | 999 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | TOTAL PAID PRINCIPAL AND INTEREST |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 46,030.51 | 22,882.53 | 82,993.66 | 0.00 | 0.00 | 151,906.70 | |
| PRINCIPAL PAID | 46,030.51 | 22,882.53 | 5,033.53 | 0.00 | 0.00 | 73,946.57 | |
| INTEREST PAID | 6,085.57 | 0.00 | 0.00 | 0.00 | 0.00 | 6,085.57 | 80,032.14 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| ALLEN C. BROWN | 3,278.00 | 3,278.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES .25 EACH CLAIM OVER 10 | TRUSTEE EXPENSE FUND | TRUSTEE COMPENSATION FUND | OTHER COST | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 3,665.43 | 3,665.43 | 0.00 | 7,330.86 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and The Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just. Pursuant to FRBP 5009, I hereby certify that the above captioned case has been fully administered.

Dated: 11/20/2011

Richard M. Stearns
P.O. Box 2218
Kinston, NC  28501